UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>               Plaintiff,<br><br>     v.<br><br>ROLAND A. DUNN, TRUDY L. DUNN, and DOES 1-10,<br><br>               Defendant. | No. 2:16-cv-00894-TLN-AC<br><br>**ORDER** |

This matter is before the Court on Plaintiff Scott Johnson's ("Plaintiff") request for an order directing that service of summons be effected by publication in The Tahoe Daily Tribune newspaper, pursuant to California Code of Civil Procedure § 415.50. (ECF No. 5.) Section 415.50 permits a court to direct service of summons by publication when "it appears to the satisfaction of the court . . . that the party to be served cannot with reasonable diligence be served in another manner." The Court is not satisfied with Plaintiff's arguments in support of service by publication.

Plaintiff asserts service has been attempted at four different addresses and provides 52 pages of exhibits listing the different times and locations service of process was attempted. However, the Court notes that many of these pages are duplicates of the same list and provide no new information. Furthermore, the exhibits demonstrate Plaintiff was on notice as of July 6,

1

2016, that the Dunn's permanent residence is in Gardnerville, Nevada, not South Lake Tahoe. (ECF No. 5–5 at 4.) Plaintiff's continued attempts to serve Defendants at addresses in South Lake Tahoe after July 6, 2016, do not establish due diligence. Nor does Plaintiff mention attempting to serve Defendants in Gardnerville or investigating whether Defendants do in fact reside in Gardnerville. Moreover, even if the Court were satisfied with Plaintiff's attempts to serve Defendants, the Court hesitates to allow publication in a newspaper published in an area Defendants likely do not reside.

For the above stated reasons, the Court hereby DENIES Plaintiff's request for service of summons by publication (ECF No. 5).

IT IS SO ORDERED.

Dated: November 2, 2016

Troy L. Nunley
United States District Judge

2